UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO COHEN WATKINS,  24-mc-22 (JGK)

          Petitioner,  ORDER

- against -

RICHARD ROTHBERG, ET AL.,

          Respondents.

**JOHN G. KOELTL**, District Judge:

    This is an application for discovery pursuant to 28 U.S.C. § 1782. The application was made ex parte, but there was no reason provided as to why the application should be ex parte in this case.

    The plaintiff is directed to serve a copy of the application upon Mr. Richard Rothberg and Mr. Stephen Gardner within fourteen days. Any response to the application must be filed fourteen days thereafter. Any reply must be filed ten days thereafter.

**SO ORDERED.**

Dated:    New York, New York
            February 5, 2024

                                    John G. Koeltl
                              United States District Judge