UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO COHEN WATKINS,<br><br>                     Petitioner,<br><br>    -against-<br><br>RICHARD ROTHBERG, et al.,<br><br>                     Respondents. | 24-MC- 0022 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 15, 2024, this matter was referred to me for a report and recommendation on ECF 5 (Petitioner's Motion for Discovery). (*See* ECF 27.) I have reviewed the parties' submissions and would like specific information from Rothberg on the burden he would face if required to respond to the proposed subpoenas. By **July 17, 2024**, Rothberg shall make a submission that (1) estimates the number of non-privileged responsive documents within his possession, custody, or control, (2) discusses in specific terms any anticipated difficulties with collecting and reviewing those documents for production, and (3) describes with specificity any other anticipated barriers to responding to the proposed subpoenas.

I will hear oral argument on the Rothberg Application on **July 22, 2024** at 10:00 a.m. in **Courtroom 9B at 500 Pearl Street, New York, NY, 10007**. If the scheduled conference date is not convenient for the parties or if there is good cause for why the conference should be held remotely, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by July 12, 2024 to propose three alternative dates and times for the hearing during the week of July 22, 2024 or to request that the proceedings be held remotely.

DATED:  July 10, 2024
            New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge