UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO COHEN WATKINS,<br><br>                Plaintiff,<br><br>-against-<br><br>RICHARD ROTHBERG, ET AL.,<br><br>                Defendant. | 24-MC-0022 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The stay of this matter is extended nunc pro tunc until 5pm on February 11, 2025. On or before that time, the parties shall either submit a proposed order to the Court concerning inspection of the property in question or shall submit a proposed schedule for further briefing.

DATED:  February 4, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge