```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
EDUARDO COHEN WATKINS,
                    Plaintiff,              24-mc-22 (JGK)

       - against -                          ORDER

RICHARD ROTHBERG, ET AL.,
                    Defendants.
───────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

This application having been resolved, the Clerk is directed to close this case.

**SO ORDERED.**
**Dated:   New York, New York**
**         March 3, 2025**

                                   /s/ John G. Koeltl
                                       John G. Koeltl
                              **United States District Judge**